# United States District Court
## Violation Notice

**CVB Location Code**
U34

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FAZX00S5 | Wood | 2022 |

FAZX00S5

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 03/21/2026 17:23 | FED 36CFR261.58G |

Place of Offense
Millcreek Canyon

Offense Description: Factual Basis for Charge
Parked in Handicap without permit

HAZMAT ☐

## DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| Utah LLC | PJ | |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| | | | |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| | | | |

☐ Adult  ☐ Juvenile  Sex ☐ M ☐ F  | Race | Hair | Eyes | Height | Weight |

## VEHICLE

VIN: 3N1CN7AP6KL860061    CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 8V6ZX | UT | 2019 | NISS/VERSA | ☐ | BLU |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | | |
|---|---|---|
| | $ 75.00 | Forfeiture Amount |
| | $ 30.00 | Processing Fee |
| PAY THIS AMOUNT | $ 105.00 | Total Collateral Due |

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete        Original - CVB Copy        FS-5300-4 (7/05)

FAZX00S5

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on  _____03/21/2026_____ while exercising my duties as a law enforcement

officer in the  _____ District of  _____UT_____

Pursuant to 16USC 551: While patrolling Millcreek Canyon, on the Salt Lake Ranger District, within the Uinta-Wasatch-Cache National Forest, I observed a blue Nissan sedan parked in a handicap spot in the Box Elder Day Use area.  The sedan did not have a handicap parking permit displayed anywhere on the vehicle.  I observed the blue handicap sign in front of the stall was clean and visible.  I then noticed the vehicle did not have a license plate attached to the rear of the vehicle, but instead had a paper photocopy of a Utah plate, 8V6ZX, taped to the rear window.  This photocopy was void of any registration stickers or decals and was not an official document issued by the Utah DMV.  I ran the plate numbers which came back to the same blue Nissan registered to PJ Utah LLC (Papa Johns).  I was not able to locate the owners of the vehicle in the immediate area.  I then left a violation notice on the car for parking in a handicap without a permit, and failure to display a license plate.

The foregoing statement is based upon:

MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:

_____03/21/2026_____          *Tucker Wood*_____
Date (mm/dd/yyyy)               Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:  _____

Date (mm/dd/yyyy)               U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;        PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license;                        CMV = Commercial vehicle involved in incident